[No. 8213-6-II. Division Two. June 10, 1987.]

WAYNE A. BRIGGS, *Appellant,* v. PUBLIC EMPLOYEES MUTUAL INSURANCE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 79-2-02164-8, Robert L. Harris, J., entered September 28, 1984. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Arnold and Conoley, JJ. Pro Tem.

[No. 7994-5-III. Division Three. June 11, 1987.]

JANITA WOMBLE, *Appellant,* v. LOCAL UNION 73 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS AFL-CIO, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84-2-03008-3, George T. Shields, J., entered June 30, 1986. *Reversed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Green, J.

[No. 7976-3-II. Division Two. June 12, 1987.]

THOMAS HENDERSON, ET AL, *Appellants,* v. BURROUGHS CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-01144-8, J. Kelley Arnold, J., entered June 8, 1984. *Reversed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.